UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA       :
:
- v. -                         :
:                **UNSEALING ORDER**
FRANK BARONE,                  :
:                S1 21 Cr. 602 (LAP)
Defendant.        :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Sarah Mortazavi;

It is found that (1) Information S1 21 Cr. 602 (the "Information") and the related charging paperwork and (2) the transcript of the defendant's October 18, 2022 waiver of indictment and guilty plea, are currently sealed and subject to temporarily delayed docketing; and that the United States Attorney's Office has applied to have the Information and the guilty plea transcript unsealed for all purposes;

IT IS THEREFORE ORDERED that the Information and the guilty plea transcript be unsealed for all purposes; and

IT IS FURTHER ORDERED that all related docket entries be posted on the public docket.

DATED:   New York, New York
         October _18_, 2023

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK