UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :

        - v. -                                          :
                                                         :       **ORDER**
VITALY FARGESEN,                            :
IGOR PALATNIK,                              :       21 Cr. 602 (LAP)
FRANK BARONE,                               :
KIRILL CHUMENKO,                            :
                                                         :
        Defendants.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Sarah Mortazavi;

        It is found that the criminal docket number "S1 21 Cr. 602" associated with the Information and related charging paperwork and docket entries for defendant Frank Barone is similarly numbered as the criminal docket number associated with defendant Igor Palatnik;

        It is further found that the criminal docket number "S2 21 Cr. 602" related to the Information, related charging paperwork, and docket entries for Kirill Chumenko is similarly numbered as the criminal docket number associated with defendant Vitaly Fargesen;

        IT IS THEREFORE ORDERED that the Criminal Docket Clerks for the United States District Court for the Southern District of New York have authority to re-number the "S1 21 Cr. 602" Information and all related charging paperwork and docket entries associated with Frank Barone to "S3 21 Cr. 602";

        IT IS FURTHER ORDERED that the Criminal Docket Clerks for the United States District Court for the Southern District of New York have authority to re-number the "S2

21 Cr. 602" Information and all related charging paperwork and docket entries associated with Kirill Chumenko to "S4 21 Cr. 602."

DATED:  New York, New York
        October 19, 2023

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK