# Gusrae Kaplan Nusbaum PLLC

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| RICHARD DEVITA<br>TIMOTHY FEIL<br>SCOTT H. GOLDSTEIN<br>MARTIN H. KAPLAN<br>LAWRENCE G. NUSBAUM | 120 WALL STREET – 25TH FLOOR<br>NEW YORK, NEW YORK 10005<br><br>425 BROADHOLLOW ROAD<br>SUITE 300<br>MELVILLE, NEW YORK 11747 | OF COUNSEL<br>ROBERT L. BLESSEY |

TEL. (212) 269-1400
FAX  (212) 809-4147

www.gusraekaplan.com

December 5, 2023

**VIA ECF**
The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 12A
500 Pearl Street
New York, New York 10007-1312

      RE: <u>United States v. Vitaly Fargesen et ano.</u>, 21-cr-602 (SDNY) (LAP)

Dear Judge Preska:

      Our firm represents Defendant Igor Palatnik and writes to respectfully request this Court's approval of proposed redactions to medically sensitive material in the Transcript of Proceedings as to Igor Palatnik, dated October 10, 2023. Dkt. 201 (Oct. 10, 2023). A Notice of Intent to Request Redaction was filed on November 23, 2023. Dkt. 204 (Nov. 21, 2023). The Government has no objections to the proposed redactions.

      The below is a list of proposed redactions and the accompanying page number.

- 4: 9 —10
- 4: 14 – 15
- 4: 18 – 21
- 4: 25

      Pursuant to this Court's Individual Practices, we are filing contemporaneously filing the redacted document in the ECF system.

GUSRAE KAPLAN NUSBAUM PLLC

The Honorable Loretta A. Preska
December 5, 2023
Page 2

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Anna Kovalevska
Anna Kovalevska

cc: All Counsel of Record (via ECF)

```
The request is approved.   SO ORDERED.

Date:   12/06/2023
```

*(signature: Loretta A. Preska)*

```
        Loretta A. Preska
        Senior United States District Judge
```