

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York  10278*

June 5, 2024

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Frank Barone and Kirill Chumenko</u>, 21 Cr. 602 (LAP)

Dear Judge Preska:

      The Government writes to respectfully request that the Court adjourn the June 20, 2024 sentencing date for defendants Frank Barone and Kirill Chumenko to September 23, 2024. Given that Vitaly Fargesen's sentencing is now scheduled to take place on July 10, 2024, and given the possibility that the Government may require Barone and Chumenko's cooperation in connection with Fargesen's sentencing, the Government respectfully submits that a brief adjournment is warranted. The Government has conferred with counsel for Barone and Chumenko, who consent to the request.

      Wherefore, the Government respectfully requests that the Court adjourn sentencing for Barone and Chumenko to September 23, 2024.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/ Sarah Mortazavi
      Sarah Mortazavi
      Assistant United States Attorney
      (212) 637-2520

Cc: All counsel (via ECF)

---

```
Mr. Chumenko's sentencing is adjourned to September 23, 2024 at 11:00 A.M., and
Mr. Barone's sentencing is adjourned to September 23, 2024 at 12:00 P.M.
SO ORDERED.

Date:  06/06/24
                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.
```