

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

December 9, 2024

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 12A
New York, New York 10007

      Re:    *United States v. Frank Barone*, 21-cr-0602 (LAP)

Dear Judge Preska:

    We write on behalf of defendant Frank Barone in the above-referenced matter to respectfully request that the Court exonerate Mr. Barone's bond and order Pretrial Services to release Mr. Barone's passport. The government takes no position on the instant request.

                          Respectfully Submitted,

                                /s/
                        Jason I. Ser
                        Meister Seelig & Fein LLP
                        125 Park Avenue, Suite 700
                        New York, New York 10017

                        *Counsel for Defendant Frank Barone*

cc: Counsel of Record (*via ECF*)
    Pretrial Services (*via email*)

```
Defendant's request is granted. The
Clerk of the Court is directed to close
dkt. no. 276.

SO ORDERED.
```

*[signature: Loretta A. Preska]*

```
Loretta A. Preska
United States District Judge

December 10, 2024
New York, New York
```